**Roslyn HOLMAN, Plaintiff—Appellant,**

v.

**CLEMSON UNIVERSITY,**
**Defendant—Appellee.**

**No. 07–1898.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 29, 2008.

Decided: Feb. 12, 2008.

Roslyn Holman, Appellant Pro Se. James William Logan, Jr., Logan, Jolly & Smith, L.L.P., Anderson, South Carolina, for Appellee.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roslyn Holman appeals the district court's order accepting the recommendation of the magistrate judge and granting Defendant's motion for summary judgment in her employment discrimination action alleging retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holman v. Clemson University,* No. 4:05–cv–02727–TLW, 2007 WL 2455179 (D.S.C. Aug. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*